**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

LAMAR WYSE,

              Plaintiff,

              v.

NMI Holdings, Inc., d/b/a National Mortgage Insurance
Corporation and DENISE GERO, in her official and
individual capacities,

              Defendants.

**Case Number: 2:25-cv-02224-ART-MDC**



**JOINT STIPULATIONAND [PROPOSED] ORDER TO EXTEND THE TIME
PERIOD TO FILE RESPONSE TO DEFENDANTS' MOTION TO COMPEL
[FIRST REQUEST]**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff Lamar

Wyse (Plaintiff or Mr. Wyse), and Defendants NMI Holdings, Inc. and Denise Gero (Defendants)

by and through their counsel of record, Littler Mendelson, P.C., hereby stipulate and agree to

extend the time for Mr. Wyse to file a response to *Defendants' Motion to Compel Arbitration*

(Motion), up to and including, March 2, 2026, and to allow Defendants to reply no later than March

23, 2026. In support of this motion, Mr. Wyse and Defendants (the parties) state:

1.      The current deadline for Mr. Wyse to file a response to Defendants' Motion is

February 11, 2026.

2.      Good cause exists to extend Mr. Wyse's deadline to file a response, up to and

including, March 2, 2026, because Mr. Wyse is representing himself in the above-captioned case,

and needs additional time to review Defendants' Motion, gather and review potential exhibits and

make his arguments. In turn, based on Plaintiff's requested Opposition deadline, Defendants will

need additional time to file a Reply due to planned time out of office and other competing

scheduling obligations and thus the parties request and agree Defendants' Reply to shall be extended to March 23, 2026.

3.      This is the first request for an extension of the deadlines associated with the Opposition and Reply briefing on Defendants' Motion, and it is sought in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: February 2 , 2026

_Lamar D. Wyse_
Lamar D. Wyse
8151 Seminario Ave
Las Vegas, NV 89113
(702) 499-1790
Lwyse95 a gmail.com


Plaintiff, *Pro Se*

Dated: February 2 , 2026

_Amy Thompson_
Amy Thompson, Esq
Nevada Bar No. 11907
McCade Wing, Esq.
Nevada Bar No. 16652
8474 Rozita Lee Ave, Suite 200
Las Vegas, NV 89112
(702) 862-8800
athompson a littler.com
mwing a littler.com

*Attorneys for Defendants*


IT IS SO ORDERED.

Dated: 2-6-26

_____
United States Magistrate Judge